McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDERJIT KAUR, | CV 07-CV-F-150 OWW SMS |
| Plaintiff, | |
| v. | |
| Michael Chertoff, et al. | **DEFENDANTS' MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE AN ANSWER AND ORDER** |
| Defendants. | |

Plaintiff has filed a complaint alleging that defendants have failed to timely process his application for naturalization. Defendants respectfully inform the Court that plaintiff Kaur's application is currently pending clearance by the Federal Bureau of Investigations. Under current protocol, all applications for naturalization are routed through the FBI for name and fingerprint checks, a process over which the named agency, Citizenship and Immigration Services has no control. Once the FBI has cleared the application, CIS resumes the processing of the application in the most expedited manner possible.

Because plaintiff's application is currently pending at the FBI, defendants request an

extension of time in which to either file an answer to the complaint or a joint motion to dismiss the case as moot. An expedite request has been placed with the FBI. The typical time frame required by that agency for completion of the name and background check is 60 days from the date of the expedite request. Defendants therefore request an extension until May 22, 2007. This is defendants' first request for an extension in this case.

Dated: March 23, 2007                                   Respectfully Submitted,

                                                        McGREGOR W. SCOTT
                                                        United States Attorney


                                        By:     /s/Audrey Hemesath
                                                Audrey B. Hemesath
                                                Assistant U.S. Attorney
                                                Attorneys for the Defendants


ORDER

Pursuant to this Motion for an Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that the defendant's Answer is due on May 22, 2007.

IT IS SO ORDERED.

**Dated:   March 26, 2007**                         **/s/ Oliver W. Wanger**
emm0d6                                              UNITED STATES DISTRICT JUDGE