JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA  93721
Telephone:  (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDERJIT KAUR,<br><br>                    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services, and McGREGOR W. SCOTT, United States Attorney for the Eastern District of California<br><br>                    Defendants. | CIVIL No. 07-CV-00150 OWW-SMS<br><br>NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF, INDERJIT KAUR, AND ORDER<br><br>Rule 41(a)(1)<br><br>CIS No.: A 47409800 |

PLEASE TAKE NOTICE:

That Plaintiff, INDERJIT KAUR, has cleared the background name check and the only step remaining in the adjudication of her naturalization application is the oath

1

PDF created with pdfFactory trial version www.pdffactory.com

ceremony. Accordingly, Plaintiff, INDERJIT KAUR, hereby requests that the case be dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Under Rule 41(a)(1), a plaintiff has an absolute right to dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). No answers to plaintiff's complaint and no motions for summary judgment have been filed in this case. No such answers or summary judgment motion have been served. Accordingly, Plaintiff, INDERJIT KAUR requests that this action be dismissed.

Respectfully Submitted,

Dated: May 22, 2007        ___/s/ JAMES M. MAKASIAN_____
                            JAMES M. MAKASIAN
                            STEVEN P. SIMONIAN, Jr.
                            Attorneys for Plaintiff

IT IS SO ORDERED.

Dated: ____5/25/2007_____        ___/s/ Oliver W. Wanger_____
                                   UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com